**COURTROOM MINUTES- ORDER**
JUDGE RICHARD W. BENNETT, PRESIDING
DATE: February 27, 2026
COURT REPORTER: ___
MORNING: _____ AFTERNOON: _____
*************************************************************************

CRIMINAL NO 4:26cr58

United States of America,

Plaintiff

V.

Mitchell Ocie Killion

Defendant

*************************************************************************

MINUTE ENTRY ORDER:

At the initial appearance on 2/20/26 the Government advised the information (ECF No. 1) was unsealed and the Court ordered it unsealed based on the Government's representation. It is so ordered.

Signed this 27th day of February, 2026.

_____
Richard W. Bennett
United States Magistrate Judge